B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kerry No. 5 LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**36-4346029** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**3110 W. 35th St.**<br>**Oak Brook, IL 60523**     ZIP CODE **60523-0000** | Street Address of Joint Debtor (No. & Street, City, and State):     ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP CODE | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box: Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
- [X] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] OVER 100,000

**Estimated Assets**
- [X] $0 to $50,000
- [ ] $50,001 to $100,000
- [ ] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [ ] $1,000,001 to $10 million
- [ ] $10,000,001 to $50 million
- [ ] $50,000,001 to $100 million
- [ ] $100,000,001 to $500 million
- [ ] $500,000,001 to $1 billion
- [ ] More than $1 billion

**Estimated Debts**
- [X] $0 to $50,000
- [ ] $50,001 to $100,000
- [ ] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [ ] $1,000,001 to $10 million
- [ ] $10,000,001 to $50 million
- [ ] $50,000,001 to $100 million
- [ ] $100,000,001 to $500 million
- [ ] $500,000,001 to $1 billion
- [ ] More than $1 billion

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Kerry No. 5 LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Kerry No. 5 LLC** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X **/s/ Jon Dowat**<br>Signature of Attorney for Debtor(s)<br>**Jon Dowat 6284536**<br>Printed Name of Attorney for Debtor(s)<br>**Thinking Outside The Box, Inc.**<br>Firm Name<br>**4320 Winfield Road Suite 200**<br>**Warrenville, IL 60555**<br>Address<br>**Email:thinkingoutside@comcast.net**<br>**630-225-9840 Fax:630-836-8414**<br>Telephone Number<br>**August 31, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _/s/_____<br>Signature of Authorized Individual<br>**Rocky Aiyash**<br>Printed Name of Authorized Individual<br>**President**<br>Title of Authorized Individual<br>**August 31, 2011**<br>Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Kerry No. 5 LLC**                                     Case No. _____
                                   Debtor(s)                    Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AT&T<br>225 W. Randolph St<br>Chicago, IL 60606 | AT&T<br>225 W. Randolph St<br>Chicago, IL 60606 | | | 401.15 |
| Bella Brew<br>7742 W. 99th St.<br>Hickory Hills, IL 60457 | Bella Brew<br>7742 W. 99th St.<br>Hickory Hills, IL 60457 | | | 594.29 |
| Casa Nostra Bakery<br>10401 W. Belmont Ave.<br>Franklin Park, IL 60131 | Casa Nostra Bakery<br>10401 W. Belmont Ave.<br>Franklin Park, IL 60131 | | | 3,025.50 |
| City of Chicago<br>121 N. LaSalle St.<br>Chicago, IL 60601 | City of Chicago<br>121 N. LaSalle St.<br>Chicago, IL 60601 | Restaurant Tax | | 5,337.00 |
| Dynamic Air Temp<br>8836 Oleander Ave.<br>Morton Grove, IL 60053 | Dynamic Air Temp<br>8836 Oleander Ave.<br>Morton Grove, IL 60053 | | | 1,500.00 |
| Elite Chair Covers<br>7615 W. 100th Pl.<br>Bridgeview, IL 60455 | Elite Chair Covers<br>7615 W. 100th Pl.<br>Bridgeview, IL 60455 | | | 4,168.25 |
| Fire Protection Srevices<br>2906 W. Armitage<br>Chicago, IL 60647 | Fire Protection Srevices<br>2906 W. Armitage<br>Chicago, IL 60647 | | | 2,500.00 |
| Flood Brothers<br>17W.697 Butterfield, Ste. E<br>Villa Park, IL 60181 | Flood Brothers<br>17W.697 Butterfield, Ste. E<br>Villa Park, IL 60181 | | | 2,520.34 |
| Heritage Wine<br>6600 W. Howard St.<br>Niles, IL 60714 | Heritage Wine<br>6600 W. Howard St.<br>Niles, IL 60714 | | | 542.84 |
| Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 | Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 | Payroll Taxes | | 7,703.26 |
| Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 | Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 | Sales Tax | | 138,656.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Kerry No. 5 LLC**                                   Case No.  _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Payroll Taxes | | 60,943.97 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Payroll Tax | | 38,745.60 |
| Mickey's Linen<br>4601 W. Addison<br>Chicago, IL 60641 | Mickey's Linen<br>4601 W. Addison<br>Chicago, IL 60641 | | | 2,220.44 |
| New Dairy<br>1234 W. Randolph<br>Chicago, IL 60607 | New Dairy<br>1234 W. Randolph<br>Chicago, IL 60607 | | | 8,189.81 |
| Oak Mill Bakery<br>2480 S. Wolf Rd.<br>Des Plaines, IL 60018 | Oak Mill Bakery<br>2480 S. Wolf Rd.<br>Des Plaines, IL 60018 | | | 1,747.35 |
| Robert Rhodes<br>567 E. Washington<br>Des Plaines, IL 60018 | Robert Rhodes<br>567 E. Washington<br>Des Plaines, IL 60018 | | | 12,788.31 |
| Southern Wine & Spirits of Illinois<br>2971 Collection Center Dr.<br>Chicago, IL 60693 | Southern Wine & Spirits of Illinois<br>2971 Collection Center Dr.<br>Chicago, IL 60693 | | | 3,323.75 |
| US Foodservice<br>PO Box 98420<br>Chicago, IL 60693-8420 | US Foodservice<br>PO Box 98420<br>Chicago, IL 60693-8420 | | | 22,056.47 |
| Wirtz Beverage Illinois, Inc.<br>PO Box 809180<br>Credit Dept.<br>Chicago, IL 60680-9180 | Wirtz Beverage Illinois, Inc.<br>PO Box 809180<br>Credit Dept.<br>Chicago, IL 60680-9180 | | | 4,772.97 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 31, 2011**                    Signature  _____
                                                        Rocky Aiyash
                                                        President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

AT&T
225 W. Randolph St
Chicago, IL 60606


Bella Brew
7742 W. 99th St.
Hickory Hills, IL 60457


Casa Nostra Bakery
10401 W. Belmont Ave.
Franklin Park, IL 60131


City of Chicago
121 N. LaSalle St.
Chicago, IL 60601


Classic Party Rentals
PO Box 660557
Dallas, TX 75266-0557


Comcast
PO Box 3002
Southeastern, PA 19398-3002


Dynamic Air Temp
8836 Oleander Ave.
Morton Grove, IL 60053


Elite Chair Covers
7615 W. 100th Pl.
Bridgeview, IL 60455


Fire Protection Srevices
2906 W. Armitage
Chicago, IL 60647


Flood Brothers
17W.697 Butterfield, Ste. E
Villa Park, IL 60181


Heritage Wine
6600 W. Howard St.
Niles, IL 60714

```
Icemakers, Inc.
3725 N. Talman
Chicago, IL 60618


Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035


Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Mahoney Environmental
1819 Moen Ave.
Joliet, IL 60436


Mickey's Linen
4601 W. Addison
Chicago, IL 60641


New Dairy
1234 W. Randolph
Chicago, IL 60607


Oak Mill Bakery
2480 S. Wolf Rd.
Des Plaines, IL 60018


Pierre Najjar
60 E. Jackson Blvd.
Chicago, IL 60604


Robert Rhodes
567 E. Washington
Des Plaines, IL 60018
```

```
Rossi Distributors
1269 Lemoyne Ave., 2nd Fl.
Chicago, IL 60622


Southern Wine & Spirits of Illinois
2971 Collection Center Dr.
Chicago, IL 60693


US Foodservice
PO Box 98420
Chicago, IL 60693-8420


Wirtz Beverage Illinois, Inc.
PO Box 809180
Credit Dept.
Chicago, IL 60680-9180
```