## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| KERRY No. 5 | ) | Case No.    11-33561 |
| | ) | |
| Debtor. | ) | Honorable Judge Timothy Barnes |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, September 25, 2012 at 10:30 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before the Honorable Barnes, Bankruptcy Judge, at **219 S. Dearborn St., Courtroom 642, Chicago, IL 60604** and there preset the attached Motion for Final Decree.

Dated this September 13, 2012

By: /s/ Jon Dowat Attorney At Law
Counsel for the Debtor

Jon Dowat Attorney at Law
**Thinking Outside the Box, Inc.**
40 Shuman Blvd. Suite 320
Naperville, IL 60563
630-225-9840

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| KERRY No. 5 | ) | Case No.    11-33561 |
| | ) | |
| Debtor. | ) | Honorable Judge Timothy Barnes |
| | ) | |
| | ) | |
| | ) | |

## MOTION FOR AN ORDER OF FINAL DECREE

**NOW COMES KERRY NO. 5 by its attorney Jon Dowat with a motion for an order of Final Decree.**

1. This case was filed on August 31, 2011 in the Northern District Bankruptcy Court in Chicago, Illinois.

2. The Debtor's plan of reorganization and Disclosure statement were filed on December 19, 2011 and the plan of reorganization was confirmed on July 10, 2012.

3. The Debtor has made a substantial consummation of the plan of reorganization including:

    a) Payment of all trustees fees.

    b) Payment of all administrative Fees.

    c) Timely payments of payroll and other taxes during the pendency of the Plan of reorganization.

    d) Timely payments of the first two scheduled Plan payments, totaling approximately $16,000.

THEREFORE the Debtor prays this Honorable Court to enter an order of final decree and that the above captioned case is closed and the Trustee/Debtor in possession is discharged as trustee for the estate.

By: /s/ Jon Dowat Attorney At Law
Counsel for the Debtor

Jon Dowat, Attorney at Law
**Thinking Outside the Box, Inc.**
40 Shuman Blvd. Suite 320
Naperville, IL 60563
630-225-9840